THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN CARLOS ALEMAN, Appellant.

Submitted September 2, 2008; decided September 4, 2008

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD FRANCE, Appellant.

Submitted September 2, 2008; decided September 4, 2008

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

In the Matter of the Estate of ELLEN PITERNIAK, Deceased. ROBERT J. PITERNIAK et al., Appellants; ELLEN CINQUE, Respondent.

Submitted August 18, 2008; decided September 4, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of SEASIA D. MR. ANONYMOUS et al., Appellants; KAREEM W., Respondent. TENISHA D., Nonparty Respondent.

Submitted July 21, 2008; decided September 4, 2008

Motion for reargument denied [see 10 NY3d 879 (2008)].